IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| STEVEN PLUNKETT WOODWARD,<br><br>Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE; CAPITAL MANAGEMENT SERVICES GROUP, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; EQUIFAX INFORMATION SERVICES, LLC; and CAPITAL VACATIONS CLUB, INC.,<br><br>Defendants. | C/A No. 4:26-cv-03680-JD |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO CAPITAL MANAGEMENT SERVICES GROUP, INC.**

Plaintiff Steven Plunkett Woodward hereby dismisses the claims against the Defendant Capital Management Services Group, Inc. without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

NOW THEREFORE, it is hereby stipulated that the claims of the Plaintiff Steven Plunkett Woodward against Defendant Capital Management Services Group, Inc. are dismissed without prejudice. This does not operate as a dismissal as to any other party in this action.

WE SO STIPULATE:

s/ Dave Maxfield____________
Dave Maxfield, Fed. ID 6293
Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, SC 29211
(803) 509-6800
(855) 299-1656 fax
dave@consumerlawsc.com
*Attorney for Plaintiff*

_s/Matthew O. Riddle______________
D. Jay Davis, Jr. Federal I.D. #: 6723
Matthew O. Riddle Federal I.D. #: 12239
Dale R. Patterson Federal I.D. #: 14378
P.O. Box 993
Charleston, SC 29402
(843) 720-5406
jdavis@ycrlaw.com,
mriddle@ycrlaw.com,
dpatterson@ycrlaw.com
*Attorneys for Defendant Capital Management Services. L.P*

DATED: October 1, 2026

Florence, South Carolina