IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | |
|---|---|
| STEVEN PLUNKET WOODWARD,<br>Plaintiff,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE; CAPITAL MANAGEMENT SERVICES GROUP, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; and CAPITAL VACATIONS CLUB, INC.,<br>Defendants. | Civil Action No. 4:26-cv-03680-JD |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE OF**

**DEFENDANT BARCLAYS BANK DELAWARE**

Pursuant to Rule 41(a)(1), FRCP, Plaintiff Steven Plunket Woodward dismisses his claims as to Defendant Barclays Bank Delaware without Prejudice, having settled his claims against Barclays Bank Delaware. Upon completion of the settlement terms, the Plaintiff will file a dismissal with prejudice. The Plaintiff will reinstate this action if the settlement is not consummated within a period of sixty (60) days.

DAVE MAXFIELD, ATTORNEY, LLC

By: s/ Dave Maxfield______________________

David A. Maxfield, Esq., Fed ID 6293
P.O. Box 11865
Columbia, SC 29211
803-509-6800
855-299-1656 (fax)
dave@consumerlawsc.com

DATED: October 13, 2026

Columbia, South Carolina